UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 06-20114-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LILLIAN GLAUBMAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo, on January 20, 2009. The Report and Recommendations recommends to this Court, that counsel Anan M. Jhones, Esq, be paid **$13,222.30** for her representation of the defendant in this matter. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, this _3_ day of February, 2009.

JOSE E. MARTINEZ<br>
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Anan M. Jhones, Esq
Lucy Lara, CJA Administrator